No. 91–381. ILLINOIS EX REL. OFFICE OF PUBLIC COUNSEL ET AL. *v.* ILLINOIS COMMERCE COMMISSION ET AL. Sup. Ct. Ill.;

No. 91–471. CHEMICAL WASTE MANAGEMENT, INC. *v.* HUNT, GOVERNOR OF ALABAMA, ET AL. Sup. Ct. Ala.; and

No. 91–5397. NEGONSOTT *v.* SAMUELS, WARDEN, ET AL. C. A. 10th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91–5752. IN RE HESLOP. Petition for writ of mandamus denied.

No. 91–5908. IN RE VEY. Petition for writ of mandamus and/or prohibition denied.

No. 91–122. PFZ PROPERTIES, INC. *v.* RODRIGUEZ ET AL. C. A. 1st Cir. Certiorari granted limited to Question 2 presented by the petition.

No. 90–1712. NORTH CAROLINA *v.* SMITH. Sup. Ct. N. C. Certiorari denied.

No. 90–1768. WORK ET AL. *v.* TYSON FOODS, INC., ET AL.; and
No. 90–1774. TYSON FOODS, INC. *v.* WORK ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 921 F. 2d 1394.

No. 90–7495. STUMPF *v.* OHIO. Ct. App. Ohio, Guernsey County. Certiorari denied.

No. 90–8446. WILLIAMS *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 91–186. MID-OHIO COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 91–199. GAMBINO *v.* UNITED STATES; and
No. 91–439. MANNINO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–217. WASHINGTON DEPARTMENT OF NATURAL RESOURCES ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.